# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Nos. 14-9003, 14-1493 |
| KABONI SAVAGE : <br> KIDADA SAVAGE <br> STEVEN NORTHINGTON : <br> ROBERT MERRITT | |

**APPELLEE'S RESPONSE TO APPELLANTS' MOTIONS FOR
180-DAY EXTENSIONS OF TIME TO FILE BRIEF**

Kaboni Savage and his co-defendants Kidada Savage, Robert Merritt, and Steven Northington were convicted in April 2013 of conspiring to participate in the affairs of a racketeering enterprise, and related offenses. Kaboni Savage was convicted of murdering 12 people, and was sentenced to death in June 2013, on all 13 capital counts in which he was charged. Kidada Savage and Robert Merritt were convicted of murdering six people, and were sentenced to life imprisonment. Steven Northington was convicted of murdering two people and was sentenced to life imprisonment. Their briefs in this consolidated appeal are due on May 1, 2018. Now, almost five years after their convictions, Kaboni Savage and Kidada Savage ask this Court to grant them a 180-day extension in which to file those briefs. The government opposes this request.

The appellants have engaged in a long campaign of delaying this appeal. Counsel for Kaboni Savage, Barry Fisher, became involved in this case no later than February 4, 2014, and filed a notice of appearance on October 29, 2014. On September 27, 2017, at an oral argument on procedural issues raised by Kaboni Savage, his counsel requested an additional nine months to file their briefs. This Court subsequently entered an order effectively granting them slightly more than seven months from the date of that oral argument, ordering the appellants' briefs to be filed by May 1, 2018.

Over the years, as the government has previously explained, the appellants sought to delay the appeals by persistent claims that the record was not complete, pressing for transcripts as irrelevant as a magistrate court appearance of a person who was neither a co-defendant nor a witness in this case. However, throughout this period of three and a half years since counsel's entry of appearance, counsel possessed all or most of the critical information, including trial transcripts, allowing for the formulation of issues and drafting of a brief. In short, by May 1, they will have had more than three and a half years to prepare a brief, a period without remote precedent in the lengthy experience of the undersigned in practice before this or any other court. Even the most recent extension of six months allowed by the Court is roughly six times the period of time ordinarily afforded by this Court under a briefing schedule issued to an appellant after the final record is available.

The government recognizes that this is a capital case, involving a lengthy trial, and that counsel should be afforded sufficient time to carefully review the record and prepare comprehensive briefs. This Court has more than fulfilled its obligation to provide that accommodation. Appellants' counsel have been afforded an extraordinary and amply sufficient time to prepare and file their briefs in this matter. Accordingly, the government opposes their request for a 180-day extension.

                Respectfully yours,

                LOUIS D. LAPPEN
                United States Attorney

                */s Robert A. Zauzmer*
                ROBERT A. ZAUZMER
                Assistant United States Attorney
                Chief of Appeals

                */s David E. Troyer*
                DAVID E. TROYER
                Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing Users identified below through the Electronic Case Filing (ECF) system:

>Barry J. Fisher, Esq.
>39 North Pearl Street, 5th Floor
>Albany, NY  12207
>
>Marta K. Kahn, Esq.
>8 East Mulberry Street
>Baltimore, MD  21202
>
>Lawrence S. Lustberg, Esq.
>Gibbons, P.C.
>One Gateway Center
>Newark, NJ  07102

>*/s David E. Troyer*
>DAVID E. TROYER
>Assistant United States Attorney

DATED:  March 27, 2018.