**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs –<br><br>KIDADA SAVAGE,<br><br>　　　　Defendant-Appellant. | Docket No. 14-1493<br><br>**APPELLANT KIDADA SAVAGE MOTION FOR LEAVE TO FILE SUPPLEMENTAL <u>APPENDIX VOLUME 3 UNDER SEAL</u>** |

　　Appellant Kidada Savage, through undersigned counsel, hereby moves the Court for leave to file Volume 3 of her Supplemental Appendix under seal. In support of this application, Appellant relies upon the following:

　　1)　This appeal arises from a prosecution in which several of Appellant' co-defendants were facing the death penalty.

　　2)　On October 28, 2018, counsel for Appellant filed her Brief on Appeal and Supplemental Appendix electronically.

　　3)　Counsel filed only Volume 3 of Appellant's Supplemental Appendix under seal.

　　4)　Counsel did so because Volume 3 od the Supplemental Appendix contains a voir dire transcript which counsel believes was under seal in the district court.

　　For these reasons, Appellant Kidada Savage respectfully asks the Court for leave to file Volume 3 of her Supplemental Appendix under seal.

Respectfully yours,

*[signature]*

Mark A. Berman, Esq. (NJ035741993)
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
65 Route 4 East
River Edge, NJ 07661
(201) 441-9056
mberman@hdrbb.com

*Attorneys for Appellant*
*Kidada Savage*

Dated: October 30, 2018